Thiago M. Coelho, SBN 324715
thiago@wilshirelawfirm.com
Carolin K. Shining, SBN 201140
cshining@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989
*Attorneys for Plaintiff, Crystal Redick*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL REDICK, an individual, | Case No.: 2:23-cv-01699-JLS-DFM |
| Plaintiff, | *Honorable Josephine L. Staton* |
| v. | **NOTICE OF SETTLEMENT** |
| SALT HOTELS, LLC d/b/a THE ASTER, a Delaware limited liability company; and DOES 1 to 10, inclusive, | Complaint filed: March 7, 2023<br>Trial Date: Not Set |
| Defendants. | |

NOTICE OF SETTLEMENT

Plaintiff Crystal Redick ("Plaintiff") hereby notifies the Court that the claims of Plaintiff have settled. A Notice of Dismissal with Prejudice as to Plaintiff's claims will be filed upon execution of a formal settlement agreement in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: May 15, 2023                    Respectfully Submitted,

*/s/ Carolin K. Shining*
Thiago M. Coelho
Carolin K. Shining
**WILSHIRE LAW FIRM**
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 15, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: May 15, 2023                               */s/ Carolin K. Shining*
                                                           Carolin K. Shining