Thiago M. Coelho, SBN 324715
thiago@wilshirelawfirm.com
Shahin Rezvani, SBN 199614
srezvani@wilshirelawfirm.com
**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL REDICK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SALT HOTELS, LLC d/b/a THE ASTER, a Delaware limited liability company; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-01699-JLS-DFM<br><br>*Honorable Judge Josephine Staton*<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Complaint filed: March 7, 2023<br>Trial Date:      None Set |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Crystal Redick enters a dismissal with prejudice as to all of Plaintiff's claims in their entirety. Each party shall bear her or its own fees and costs.

Dated: August 2, 2023  **WILSHIRE LAW FIRM, PLC**

*/s/ Thiago M. Coelho*
Thiago M. Coelho
Shahin Rezvani
*Attorneys for Plaintiff*

2

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**